UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EDWARD VEGA,

                            Plaintiff,

                                                                                     <u>DECISION AND ORDER</u>

                                                                                                   03-CV-6250L

                            v.

FLOYD BENNETT, Superintendent
Elmira Correctional Facility, et al.,

                            Defendants.
_____

      On April 9, 2007, defendants in this action filed a motion for summary judgment. By letter to the Court dated May 8, 2007, counsel for defendants states that he seeks to withdraw that motion based on controlling Second Circuit precedent.

      Defendants' application is granted. Defendants' motion for summary judgment (Dkt. #39) is deemed withdrawn and denied.

      IT IS SO ORDERED.

                                                          _____
                                                             DAVID G. LARIMER
                                                          United States District Judge

Dated: Rochester, New York
        May 10, 2007.