UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EDWARD VEGA,

                              Plaintiff,

                                                         AMENDED
                                                 SCHEDULING ORDER

                                                 03-CV-6250L

                    v.

FLOYD BENNETT, Superintendent
Elmira Correctional Facility, et al.,

                              Defendants.
_____

     A jury trial was scheduled for October 22, 2007. By motion filed October 6, 2007, plaintiff, through counsel, requested a six month adjournment of the trial and a request to extend discovery. Based on the matters contained in the application concerning plaintiff's present psychological/emotional condition, the motion for an adjournment of the trial is granted. The trial is adjourned without date. The pretrial conference scheduled for October 12, 2007 at 2:30 p.m. is also adjourned without date.

     The parties are directed to appear via telephone on March 6, 2008 at 11:30 a.m. to discuss scheduling a new trial and pretrial.

     Plaintiff's request to extend discovery is also granted. Plaintiff must completely identify any expert (Dr. Thomas Lazzaro) in full compliance with the Federal Rules of Civil Procedure

concerning such identification.  That identification must be made within 45 days of entry of this Scheduling Order.

Defendant must identify any responding expert within 20 days of plaintiff's notice.  All discovery and issues relating to an expert concerning damage issues must be completed on or before February 8, 2008.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
　　　　October 10, 2007.